UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. _____

DANIEL TIDINGS
on behalf of himself and
similarly situated employees

       Plaintiff,
v.

FORFEITURE SUPPORT ASSOCIATES, LLC

       Defendant.
_____ /

## DEFENDANT'S NOTICE OF REMOVAL

Defendant, Forfeiture Support Associates, LLC, hereby provides notice that it is removing this action for all further proceedings to the United States District Court for the Southern District of Florida, from the Florida Circuit Court – Seventeenth Judicial Circuit, Broward County.  In support of removal, Defendant states as follows:

### I.  STATEMENT OF THE CASE

1.    On or about October 13, 2016, Plaintiff Daniel Tidings filed a Complaint against Forfeiture Support Associates, LLC in the Circuit Court of the Seventeenth Judicial Circuit in and for Broward County, Florida.  The action is styled *Daniel Tidings v. Forfeiture Support Associates, LLC* and is designated Case No. 16-018745 CACE 03 (hereafter referred to as the "State Action").  Pursuant to 28 U.S.C. § 1446(a), copies of all process, pleadings, and orders served upon Defendant in the State Action are attached hereto as Exhibit A.

2.    Defendant was first served with the Summons and Complaint on October 27, 2016.  No other process, pleadings, or orders have been served on Defendant in the State Action other than those included in Exhibit A.

3. The Complaint asserts that it is an action to recover damages pursuant to the Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 201 *et seq*. Ex. A, Pl.'s Compl. ¶ 5.

## II.  GROUNDS FOR REMOVAL

4. This Court has original jurisdiction over this matter by virtue of 28 U.S.C. § 1331 in that it raises a federal question.

5. The Complaint, on its face, raises a claim expressly under the FLSA, a federal statute.  Therefore, the Complaint raises a federal question, and it is removable on that basis.  28 U.S.C. §§ 1331, 1441(a).

6. Venue is proper in the United States District Court for the Southern District of Florida because the case is being removed from the Circuit Court in and for Broward County, Florida.  *See* 28 U.S.C. § 1446(a).

## III.  CONSENT OF OTHER DEFENDANTS

7. There are no other defendants who would need to join in or consent to this Notice of Removal.

## IV.  TIMELINESS OF REMOVAL

8. The Complaint was initially filed in state court on October 13, 2016, and Defendant was first served with initial process on October 27, 2016.  Thus, Defendant is filing this Notice of Removal within the 30-day time period required by 28 U.S.C. § 1446(b).

## V.  NOTICE OF REMOVAL GIVEN TO STATE COURT

9. Pursuant to 28 U.S.C. § 1446(d), a copy of this Notice of Removal is being filed with the Circuit Court in and for the Seventeenth Judicial Circuit in Broward County, Florida.

Accordingly, the case is properly removed to United States District Court for the Southern District of Florida.

Dated this 16th day of November, 2016.

                    Respectfully submitted,

                    OGLETREE, DEAKINS, NASH,
                      SMOAK & STEWART, P.C.
                    701 Brickell Avenue, Suite 1600
                    Miami, Florida 33131-2813
                    Telephone:  305.374.0506
                    Facsimile:   305.374.0456

                    *s/* Gregory R. Hawran
                    Christopher P. Hammon
                     Florida Bar Number 176753
                     chris.hammon@ogletreedeakins.com
                    Gregory R. Hawran
                     Florida Bar Number 55989
                     gregory.hawran@ogletreedeakins.com

                    *Counsel for Defendant, Forfeiture Support Associates, LLC*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on November 16, 2016, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

*s/* Gregory R. Hawran
Gregory R. Hawran

## SERVICE LIST

*Daniel Tidings v. Forfeiture Support Associates, LLC*
*Case No. _____*
*United States District Court, Southern District of Florida*

Scott M. Behren, Esq.
scott@behrenlaw.com
BEHREN LAW FIRM
2893 Executive Park Drive
Suite 110
Weston, Florida 33331
Telephone:  954.636.3802
Facsimile:   772.252.3365

*Counsel for Plaintiff, Daniel Tidings*

Method of Service: CM/ECF

Christopher P. Hammon
 chris.hammon@ogletreedeakins.com
Gregory R. Hawran
 gregory.hawran@ogletreedeakins.com
OGLETREE, DEAKINS, NASH,
  SMOAK & STEWART, P.C.
701 Brickell Avenue, Suite 1600
Miami, Florida 33131-2813
Telephone:  305.374.0506
Facsimile:   305.374.0456

*Counsel for Defendant, Forfeiture Support Associates, LLC*

27023032.1