# **EXHIBIT A**

Case Number: CACE-16-018745 Division: 03
Filing # 47587798 E-Filed 10/13/2016 03:34:24 PM

### FORM 1.997. CIVIL COVER SHEET

The civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form shall be filed by the plaintiff or petitioner for the use of the Clerk of the Court for the purpose of reporting judicial workload data pursuant to Florida Statutes section 25.075.

#### I. CASE STYLE

IN THE CIRCUIT COURT OF THE SEVENTEENTH JUDICIAL CIRCUIT,
IN AND FOR BROWARD COUNTY, FLORIDA

Case No.: _____
Judge: _____

DANIEL M. TIDINGS
Plaintiff

vs.

FORFEITURE SUPPORT ASSOCIATES, LLC
Defendant

#### II. TYPE OF CASE

- ☐ Condominium
- ☐ Contracts and indebtedness
- ☐ Eminent domain
- ☐ Auto negligence
- ☐ Negligence – other
    - ☐ Business governance
    - ☐ Business torts
    - ☐ Environmental/Toxic tort
    - ☐ Third party indemnification
    - ☐ Construction defect
    - ☐ Mass tort
    - ☐ Negligent security
    - ☐ Nursing home negligence
    - ☐ Premises liability – commercial
    - ☐ Premises liability – residential
- ☐ Products liability
- ☐ Real Property/Mortgage foreclosure
    - ☐ Commercial foreclosure $0 - $50,000
    - ☐ Commercial foreclosure $50,001 - $249,999
    - ☐ Commercial foreclosure $250,000 or more
    - ☐ Homestead residential foreclosure $0 – 50,000
    - ☐ Homestead residential foreclosure $50,001 - $249,999
    - ☐ Homestead residential foreclosure $250,000 or more
    - ☐ Non-homestead residential foreclosure $0 - $50,000
    - ☐ Non-homestead residential foreclosure $50,001 - $249,999
    - ☐ Non-homestead residential foreclosure $250,00 or more

- ☐ Other real property actions $0 - $50,000
- ☐ Other real property actions $50,001 - $249,999
- ☐ Other real property actions $250,000 or more

- ☐ Professional malpractice
    - ☐ Malpractice – business
    - ☐ Malpractice – medical
    - ☐ Malpractice – other professional
- ☒ Other
    - ☐ Antitrust/Trade Regulation
    - ☐ Business Transaction
    - ☐ Circuit Civil - Not Applicable
    - ☐ Constitutional challenge-statute or ordinance
    - ☐ Constitutional challenge-proposed amendment
    - ☐ Corporate Trusts
    - ☒ Discrimination-employment or other
    - ☐ Insurance claims
    - ☐ Intellectual property
    - ☐ Libel/Slander
    - ☐ Shareholder derivative action
    - ☐ Securities litigation
    - ☐ Trade secrets
    - ☐ Trust litigation

*** FILED: BROWARD COUNTY, FL HOWARD FORMAN, CLERK 10/13/2016 3:34:23 PM.****

## COMPLEX BUSINESS COURT

This action is appropriate for assignment to Complex Business Court as delineated and mandated by the Administrative Order.  Yes ☐  No ☒

- **III.** **REMEDIES SOUGHT** (check all that apply):
  - ☒ Monetary;
  - ☐ Non-monetary
  - ☐ Non-monetary declaratory or injunctive relief;
  - ☒ Punitive

- **IV.** **NUMBER OF CAUSES OF ACTION:** (   )
  (Specify)

  1

- **V.** **IS THIS CASE A CLASS ACTION LAWSUIT?**
  - ☐ Yes
  - ☒ No

- **VI.** **HAS NOTICE OF ANY KNOWN RELATED CASE BEEN FILED?**
  - ☒ No
  - ☐ Yes – If "yes" list all related cases by name, case number and court:

- **VII.** **IS JURY TRIAL DEMANDED IN COMPLAINT?**
  - ☒ Yes
  - ☐ No

---

I CERTIFY that the information I have provided in this cover sheet is accurate to the best of my knowledge and belief.

Signature s/ Scott M Behren     FL Bar No.: 987786
Attorney or party                                  (Bar number, if attorney)

Scott M Behren          10/13/2016
(Type or print name)                               Date

IN THE CIRCUIT COURT OF THE 17th JUDICIAL CIRCUIT IN AND FOR BROWARD COUNTY, FLORIDA

CASE NO.

DANIEL TIDINGS
on behalf of himself and
similarly situated employees

    Plaintiff,

vs.

FORFEITURE SUPPORT ASSOCIATES, LLC

    Defendants
_____/

## CIVIL ACTION SUMMONS
(En Espanol)   (Francais)

THE STATE OF FLORIDA:

To Each Sheriff of the State:

    YOU ARE COMMANDED to serve this Summons and a copy of the Complaint of this lawsuit on Defendant,

**FORFEITURE SUPPORT ASSOCIATES, LLC**
**By Serving Its CEO:**
**Anthony Smeraglinoio**
**20110 Ashbrook Place**
**Suite 220**
**Ashburn, VA 20147**

    A lawsuit has been filed against you. You have 20 calendar days after this summons is served on you to file a written response to the attached Complaint with the clerk of this court. A phone call will not protect you; your written response, including the case number given above and the names of the parties, must be filed if you want the Court to hear your side of the case. If you do not file your response on time, you may lose the case, and your wages, money and property may thereafter be taken without further warning from the Court. There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may call an attorney referral service or legal aid office (listed in the phone book).

If you chose to file a written response yourself, at the same time you file your written response to the Court, located at:

> Broward County Courthouse
> Clerk of the Court
> 201 S.E. Sixth Street
> Fort Lauderdale, Florida 33301

you must also mail or take a copy of your written responses to the "Plaintiff/Plaintiff's Attorney" named below.

WITNESS my hand and the seal of this Court on this __ OCT 17 2016 __ 2016.

HOWARD C. FORMAN
As Clerk of the Court

By: _____
As Deputy Clerk

HOWARD C. FORMAN

Plaintiffs' Attorney:
Scott M. Behren, Esq.
Behren Law Firm
2893 Executive Park Drive
Suite 110
Weston, Florida 33331
Telephone: (954) 636-3802
scott@behrenlaw.com

2

Usted ha sido demandado legalmente. Tiene viente (20) dias, contados a partir del recibo de esta notificacion, para contestar la demanda adjunta, por escrito, y presentarla ante este tribunal. Una llamada telefonica no lo protegera; si usted desea que el tribunal considere su defensa, debe presentar su respuesta por escrito, incluyendo el numero del caso y los nombres de las partes interesadas en dicho caso. Si usted no contesta la demanda a tiempo, pudiese perder el caso y podria ser despojado de sus ingresos y propiedades, o privado de sus derechos, sin previo aviso del tribunal. Existen otros requisitos legales. Si lo desea, puede usted consultar a un abogado immediatamente. Si no conoce a un abogado, puede llamar a una de las oficinas de asistencia legal que aparecen en la guia telefonica.

Si desea responder a la demanda por su cuenta, al mismo tiempo en que presenta su respuesta ante el tribunal, debera usted enviar por correo o entregar una copia de su respuesta a la persona denominada abajo como "Attorney's for Plaintiff." (Demandante o Abogado de Demandante).

Des poursuites judiciares ont ete entreprises contre vous. Vous avez 20 jours consecutifs a partir de la date de l'assignation de cette citation pour deposer une reponse ecrite a la plainte ci-jointe aupres de ce Tribunal. Un simple coup de telephone est insuffisant pour vous proteger; vous etes oblige de deposer votre reponse ecrite, avec mention du numero de dossier ci-dessus et du nom des partis nommes ici, si vous souhaitez que le Tribunal entende votre cause. Si vous ne deposez pas votre reponse ecrite dans le delai requis, vous risquez de perdre la cause ainsi que votre salaire, votre argent, et vos biens peuvent etre saisis par la suite, san aucun preavis ulterieur du Tribunal. Il y a d'autres obligations juridiques et vous pouvez requerir les services immediats d'un avocat. Si vous ne connaissez pas d'avocat, vous pourriez telephoner a un service de reference d'avocats ou a un bureau d'assitance juridique (figurant a l'annuaire de telephones).

Si vous choisissez de deposer vous-meme une reponse ecrite, il vous faudra egalement, en meme temps que cette formalite, faire parvenir ou experdier une copie au carbone ou une photocopie de votre response ecrite a "Attorneys for Plaintiff" (Plaignant ou a son avocat nomme ci-dessous.)

IN THE CIRCUIT COURT OF THE 17th JUDICIAL CIRCUIT IN AND FOR BROWARD COUNTY, FLORIDA

CASE NO.

DANIEL TIDINGS
on behalf of himself and
similarly situated employees

    Plaintiff,

vs.

FORFEITURE SUPPORT ASSOCIATES, LLC

    Defendants
_____/

## COMPLAINT FOR DAMAGES

Plaintiff, Daniel Tidings ("Tidings") on behalf of himself and similarly situated employees, sues Defendant, Forfeiture Support Associates, LLC ("FFA") and states as follows:

### Jurisdiction

1. This is an action for damages which exceeds $15,000.00 exclusive of attorneys' fees, interest and costs.

2. Venue is proper in Broward County, Florida since the Defendant does business in Broward County and since all of the claims accrued in Broward County, Florida.

### The Parties/Participants

3. Tidings is an individual residing in Broward County, Florida and is *sui juris*. Tidings was at all material times hereto an employee of FFA.

4. Defendant does business in South Florida and at all times material hereto

had material control over the terms of the employment of Tidings.

## General Allegations

5.  This is an action seeking recovery of unpaid overtime compensation owed to Plaintiff and similarly situated employees, pursuant to the Fair Labor Standards Act, 29 U.S.C. Section 201, *et. seq*, as amended.

6.  At all times material hereto, Plaintiff was and is a residents of the State of Florida and was employed by Defendant.

7.  At all times material hereto, Defendant was doing business in the State of Florida and was regularly engaged in activities that involved interstate commerce. Moreover, at all times material hereto, each Defendant had annual gross sales or business in an amount not less than $500,000.00. By reason of the foregoing, each Defendant was and is an "employer" within the meaning of Section 3(d) of the FLSA.

8.  On many occasions throughout his employment with Defendant, Plaintiff worked in excess of forty hours per week and was not paid overtime and/or regular time.

9.  Plaintiff has retained the undersigned law firm in this matter and has agreed to pay it a reasonable fee for its services.

## Count I-FLSA
### (Overtime and/or Regular Time Compensation)

10.  Plaintiff hereby incorporates the allegations set forth in paragraphs 1 through 9 by reference.

11.  In several workweeks during the relevant period, Plaintiff, worked, in excess for forty(40) hours per week for Defendant. In these workweeks, Plaintiff, was not paid

overtime compensation as is required by Section 207 of the FLSA. Alternatively, Plaintiff was not paid for all regular time owed.

12. As a direct and proximate result of Defendant's failure to pay overtime and regular time compensation, Plaintiff has been damaged in the loss of wages and has incurred and is incurring reasonable attorney's fees.

13. Defendants' failure to pay overtime was deliberate, willful and without good faith or any legal justification. Consequently, Plaintiff, is entitled to liquidated damages in an amount equal to the underpayment of overtime compensation, and may seeks recovery dating back three (3) years from the filing of this action.

WHEREFORE, Plaintiff demands judgment against Defendant for compensatory damages (unpaid overtime and/or regular time), liquidated damages (double damage) and attorneys' fees and court costs pursuant to the FLSA and for such other and further relief as this Court deems just and proper.

### Demand for Jury Trial

Plaintiff demands trial by jury on all issues so triable.

> Behren Law Firm
> 2893 Executive Park Drive, Suite 110
> Weston, FL 33331
> Phone: (954) 636-3802
> Facsimile: (772) 252-3365
> Scott@behrenlaw.com
>
>
> By:/ Scott M. Behren/
>   Scott M. Behren
>   Fla. Bar No. 987786

3